IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 2 3 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 4:03cr6HTW-JCS-001
)
ALBERT ELVIN GRAIG, III )

## ORDER REGARDING RESTITUTION OBLIGATION

The Court, after reviewing information today provided by the U.S. Probation Office that Albert Elvin Graig, III has met all of his Court ordered conditions and has paid diligently toward his restitution, will allow the defendant's criminal liability to expire March 8, 2007. The defendant has a current restitution balance of $21,460.00.

By order of the Court, the defendant is advised, that after his expiration from supervised release, restitution will be collected by the U.S. Attorney's Financial Litigation Unit in accordance with the provisions of 18 U.S.C. 3613(f) and 18 U.S.C. 3664(m)(1)(A)(I). The defendant is also ordered to make financial arrangements with the Financial Litigation Unit in the Southern District of Mississippi, to continue making monthly payments toward the outstanding restitution obligation, prior to his expiration of supervised release on March 8, 2007.

SO DATED, this the __23rd__ day of __January__, 2007.

_____
HENRY T. WINGATE
CHIEF U. S. DISTRICT JUDGE